**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joey Lamond BRUNSON,**
**Defendant–Appellant.**

No. 09–6938.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 15, 2009.

Joey Lamond Brunson, Appellant Pro Se. Eric John Klumb, Peter Thomas Phillips, Assistant United States Attorneys, Charleston, South Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Lamond Brunson appeals the district court's order granting his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error and we thus affirm for the reasons stated by the district court. *United States v. Brunson,* No. 5:04–cr–00307–SB–1 (D.S.C. May 5, 2009). We deny Brunson's motion for summary disposition, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*